United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13344-ref
Nicole L. Mazurkiewicz                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa            Page 1 of 1              Date Rcvd: May 21, 2018
                              Form ID: 130          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db            +Nicole L. Mazurkiewicz,   634 North 25th Street,   Reading, PA 19606-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          GEORGE M. LUTZ   on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                          Chapter: 13

    Nicole L. Mazurkiewicz
               Debtor(s)                    Bankruptcy No: 18–13344–ref

*O R D E R*

**AND NOW,** this 18th day of May, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Atty Disclosure Statement due 06/1/2018.
Schedules AB–J due 06/1/2018.
Statement of Financial Affairs due 06/1/2018.
Summary of Assets and Liabilities Form B106 due 06/1/2018.
Chapter 13 Plan due by 6/1/2018.
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C–1 Due 6/1/2018.

2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

5
Form 130