# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole L. Mazurkiewicz<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 18-13344 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 and index same on the master mailing list.

                              Respectfully submitted,

                            **/s/ Rebecca A. Solarz, Esquire**
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734