Arcadia Recovery Bureau
P.O. Box 6768
Reading, PA 19610


Convergent Healthcare Recoveries, Inc.
121 NE Jefferson St., Ste. 100
Peoria, IL 61602


Tabas & Rosen, P.C.
1601 Market Street
Suite 2300
Philadelphia, PA 19103