**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **NICOLE L. MAZURKIEWICZ,** | **Bankruptcy No. 18-13344 REF** |
| **Debtor** | |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Chapter 13 Plan was served upon the addresses listed below and all parties in interest by way of electronic means and/or via first class mail on June 21, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

MARIO J. HANYON on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al - bkgroup@kmllawgroup.com

Nicole L. Mazurkiewicz
634 North 25th Street
Reading, PA 19606

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:      *s/Alyssa J. Merkey*
         1100 Berkshire Blvd., Suite 301
         Wyomissing, PA  19610
         610-779-0772

Label Matrix for local noticing
0313-4
Case 18-13344-ref
Eastern District of Pennsylvania
Reading
Thu Jun 21 15:32:21 EDT 2018

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

ARCADIA RECOVERY BUREAU
645 PENN ST
READING, PA 19601-3543

Arcadia Recovery Bureau
P.O. Box 6768
Reading, PA 19610-0768

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130-0281

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872

CSC Credit Services
Box 740040
Atlanta, GA 30374-0040

Chex Systems Inc.
ATTN: Customer Relations
7805 Hudson Rd
Suite 100
Woodbury, MN 55125-1703

Convergent Healthcare Recoveries, Inc.
121 NE Jefferson St., Ste. 100
Peoria, IL 61602-1229

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Deutsche Bank National Trust Company as Trus
710 Market Street
Suite 5000
Philadelphia, PA 19106-2312

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
Business Information Services
475 Anton Blvd.
Costa Mesa, CA 92626-7037

KML Law Group, P.C.
701 Market St., Ste. 5000
BNY Independence Ctr.
Philadelphia, PA 19106-1541

NTL RECOVERY AGENCY
2491 PAXTON ST
HARRISBURG, PA 17111-1036

ONEMAIN FINANCIAL
PO BOX 1010
Evansville, IN 47706-1010

REGIONAL ACCEPTANCE CORP
1424E EAST FIRE TOWER RD
GREENVILLE, NC 27858

SPS Select Portfolio Servicing, Inc.
P.O. Box 551170
Jacksonville, FL 32255-1170

Select Portfolio Servicing
PO Box 65277
Salt Lake City, UT 84165-0277

Tabas & Rosen, P.C.
1601 Market Street
Suite 2300
Philadelphia, PA 19103-2306

Trans Union
P.O. Box 1000
Chester, PA 19022

U.S. Bank N.A.
10790 Rancho Bernardo Road
San Diego, CA 92127-5705

U.S. Bank National Assocation
Phelan Hallinan & Schmieg
1617 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103-1814

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

WAKEFIELD AND ASSOCIATES
PO BOX 50250
KNOXVILLE, TN 37950-0250

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

GEORGE M. LUTZ
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610-5828

Nicole L. Mazurkiewicz
634 North 25th Street
Reading, PA 19606-1426

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BANK OF AMERICA                          DISCOVER FINCL SVC LLC
PO Box 982238                            PO BOX 15316
EL PASO, TX 79998                        WILMINGTON, DE 19850-5316




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Deutsche Bank National Trust Company as Tr      (u)U.S. Bank National Assocation        End of Label Matrix
                                                                                          Mailable recipients    28
                                                                                          Bypassed recipients     2
                                                                                          Total                  30