**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 REF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Chapter 13 Plan was served upon the addresses listed below and all parties in interest by way of electronic means on January 16, 2019 and/or via first class mail on January 17, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R -ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

MARIO J. HANYON on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al - bkgroup@kmllawgroup.com

JEROME B. BLANK on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

Nicole L. Mazurkiewicz
634 North 25th Street
Reading, PA 19606

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA  19610
        610-779-0772

Label Matrix for local noticing
0313-4
Case 18-13344-ref
Eastern District of Pennsylvania
Reading
Thu Jan 17 14:26:52 EST 2019

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

ARCADIA RECOVERY BUREAU
645 PENN ST
READING, PA 19601-3543

Arcadia Recovery Bureau
P.O. Box 6768
Reading, PA 19610-0768

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CACV of Colorado, LLC its successors and ass
as assignee of MBNA America Bank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130-0281

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872

CSC Credit Services
Box 740040
Atlanta, GA 30374-0040

Chex Systems Inc.
ATTN: Customer Relations
7805 Hudson Rd
Suite 100
Woodbury, MN 55125-1703

Convergent Healthcare Recoveries, Inc.
121 NE Jefferson St., Ste. 100
Peoria, IL 61602-1229

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Deutsche Bank National Trust Company
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Deutsche Bank National Trust Company as Trus
710 Market Street
Suite 5000
Philadelphia, PA 19106-2312

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
Business Information Services
475 Anton Blvd.
Costa Mesa, CA 92626-7037

KML Law Group, P.C.
701 Market St., Ste. 5000
BNY Independence Ctr.
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of North Star Capital
Acquisition LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

N.A. PARTNERS IN ANESTHESIA-P.A.
WAKEFIELD AND ASSOCIATES
PO BOX 50250
KNOXVILLE,TN 37950-0250

NTL RECOVERY AGENCY
2491 PAXTON ST
HARRISBURG, PA 17111-1036

ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251

ONEMAIN FINANCIAL
PO BOX 1010
Evansville, IN 47706-1010

REGIONAL ACCEPTANCE CORP
1424E EAST FIRE TOWER RD
GREENVILLE, NC 27858

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

SPS Select Portfolio Servicing, Inc.
P.O. Box 551170
Jacksonville, FL 32255-1170

Select Portfolio Servicing
PO Box 65277
Salt Lake City, UT 84165-0277

Tabas & Rosen, P.C.
1601 Market Street
Suite 2300
Philadelphia, PA 19103-2306

The Philadelphia Hand Center PC
c/o Tabas & Rosen PC
1601 Market Street, Suite 2300
Philadelphia, PA 19103-2306

The Philadelphia Hand Center, P.C.
c/o Tabas & Rosen PC
1601 Market Street Suite 2300
Philadelphia, PA 19103-2306

```
Trans Union                          U.S. Bank N.A.                      U.S. Bank National Association
P.O. Box 1000                        10790 Rancho Bernardo Road          Phelan Hallinan & Schmieg
Chester, PA 19016-1000               San Diego, CA 92127-5705            1617 John F. Kennedy Boulevard
                                                                         Suite 1400
                                                                         Philadelphia, PA 19103-1814


(p)US BANK                           United States Trustee               WAKEFIELD AND ASSOCIATES
PO BOX 5229                          Office of the U.S. Trustee          PO BOX 50250
CINCINNATI OH 45201-5229             833 Chestnut Street                 KNOXVILLE, TN 37950-0250
                                     Suite 500
                                     Philadelphia, PA 19107-4405


GEORGE M. LUTZ                       Nicole L. Mazurkiewicz              SCOTT WATERMAN
Hartman, Valeriano, Magovern & Lutz, PC  634 North 25th Street          Chapter 13 Trustee
1025 Berkshire Blvd.                 Reading, PA 19606-1426              2901 St. Lawrence Ave.
Suite 700                                                                Suite 100
P.O. Box 5828                                                            Reading, PA 19606-2265
Wyomissing, PA 19610-5828
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BANK OF AMERICA                      DISCOVER FINCL SVC LLC              U.S. Bank National Association
PO Box 982238                        PO BOX 15316                        c/o U.S. Bank Home Mortgage,
EL PASO, TX 79998                    WILMINGTON, DE 19850-5316           a division of U.S. Bank N.A.
                                                                         4801 Frederica Street
                                                                         Owensboro, Kentucky 42301
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Deutsche Bank National Trust Company as Tr   (u)U.S. Bank National Assocation    (d)The Philadelphia Hand Center, PC
                                                                                     c/o Tabas & Rosen PC
                                                                                     1601 Market Street, Suite 2300
                                                                                     Philadelphia, PA 19103-2306


End of Label Matrix
Mailable recipients     38
Bypassed recipients      3
Total                   41
```