**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant Debtor's Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  May 17, 2019

                                                       **Hartman, Valeriano, Magovern & Lutz, P.C.**

                     **by:**    */s/ George M. Lutz*

                              George M. Lutz, Esquire
                              1025 Berkshire Blvd, Suite 700
                              Wyomissing, PA 19610
                              Attorney I.D. No. 46437
                              Phone:  610-779-0772
                              Fax: 610-779-7473