**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 REF** |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,500.00, of which $4,000.00 was received pre-petition, for reimbursement of actual, necessary fees.

**BY THE COURT:**

**Date: May 21, 2019**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Scott F. Waterman, Esquire**
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

**Nicole L. Mazurkiewicz**
634 North 25th Street
Reading, PA 19606

**All creditors**