United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole L. Mazurkiewicz  
    Debtor

Case No. 18-13344-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 21, 2019  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db          +Nicole L. Mazurkiewicz,  634 North 25th Street,   Reading, PA 19606-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         GEORGE M. LUTZ    on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Plaintiff Nicole L. Mazurkiewicz glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Assocation paeb@fedphe.com  
         MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Assocation paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et al bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                       TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **NICOLE L. MAZURKIEWICZ,** | **Bankruptcy No. 18-13344 REF** |
| **Debtor** | |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,500.00, of which $4,000.00 was received pre-petition, for reimbursement of actual, necessary fees.

**BY THE COURT:**

**Date: May 21, 2019**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Scott F. Waterman, Esquire**
**Chapter 13 Trustee**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1025 Berkshire Blvd., Suite 700**
**Wyomissing, PA 19610**

**Nicole L. Mazurkiewicz**
**634 North 25th Street**
**Reading, PA 19606**

**All creditors**