**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **NICOLE L. MAZURKIEWICZ,**  Debtor | **Chapter 13 Bankruptcy**  **Bankruptcy No. 18-13344 AMC** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to the Motion for Relief from Automatic Stay of Select Portfolio Servicing Inc. was served upon the addresses listed below, by way of electronic means on October 12, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 - bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al - bkgroup@kmllawgroup.com

JEROME B. BLANK on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

MARIO J. HANYON on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

          By:    *s/Alyssa J. Merkey*
                  1025 Berkshire Blvd., Suite 700
                  Wyomissing, PA  19610
                  610-779-0772