**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 AMC** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and Second Amended Chapter 13 Plan, were served upon the addresses listed below, all creditors and parties in interest, by way of electronic means on and/or via first class mail on October 31, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R -ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

MARIO J. HANYON on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al - bkgroup@kmllawgroup.com

JEROME B. BLANK on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

MARIO J. HANYON on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

Nicole L. Mazurkiewicz
634 North 25th Street
Reading, PA 19606


                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                            1025 Berkshire Blvd., Suite 700
                            Wyomissing, PA  19610
                            610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 18-13344-amc<br>Eastern District of Pennsylvania<br>Reading<br>Thu Oct 31 15:43:24 EDT 2019 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | ARCADIA RECOVERY BUREAU<br>645 PENN ST<br>READING, PA 19601-3543 | Arcadia Recovery Bureau<br>P.O. Box 6768<br>Reading, PA 19610-0768 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CACV of Colorado, LLC its successors and ass<br>as assignee of MBNA America Bank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130-0281 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Convergent Healthcare Recoveries, Inc.<br>121 NE Jefferson St., Ste. 100<br>Peoria, IL 61602-1229 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Deutsche Bank National Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Deutsche Bank National Trust Company as Trus<br>710 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-2312 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |
| George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1025 Berkshire Blvd., Suite 700<br>Wyomissing, PA 19610-1284 | KML Law Group, P.C.<br>701 Market St., Ste. 5000<br>BNY Independence Ctr.<br>Philadelphia, PA 19106-1541 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of North Star Capital<br>Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | N.A. PARTNERS IN ANESTHESIA-P.A.<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE,TN 37950-0250 | NTL RECOVERY AGENCY<br>2491 PAXTON ST<br>HARRISBURG, PA 17111-1036 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>Evansville, IN 47706-1010 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| REGIONAL ACCEPTANCE CORP<br>1424E EAST FIRE TOWER RD<br>GREENVILLE, NC 27858 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | SPS Select Portfolio Servicing, Inc.<br>P.O. Box 551170<br>Jacksonville, FL 32255-1170 |

| | | |
|---|---|---|
| Select Portfolio Servicing<br>PO Box 65277<br>Salt Lake City, UT 84165-0277 | Tabas & Rosen, P.C.<br>1601 Market Street<br>Suite 2300<br>Philadelphia, PA 19103-2306 | The Philadelphia Hand Center PC<br>c/o Tabas & Rosen PC<br>1601 Market Street, Suite 2300<br>Philadelphia, PA 19103-2306 |
| The Philadelphia Hand Center, P.C.<br>c/o Tabas & Rosen PC<br>1601 Market Street Suite 2300<br>Philadelphia, PA 19103-2306 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | U.S. Bank N.A.<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 |
| U.S. Bank National Assocation<br>Phelan Hallinan & Schmieg<br>1617 John F. Kennedy Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE, TN 37950-0250 |
| GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Nicole L. Mazurkiewicz<br>634 North 25th Street<br>Reading, PA 19606-1426 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>PO Box 982238<br>EL PASO, TX 79998 | DISCOVER FINCL SVC LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company as Tr | (du)Deutsche Bank National Trust Company as T | (u)U.S. Bank National Assocation |
| (d)The Philadelphia Hand Center, PC<br>c/o Tabas & Rosen PC<br>1601 Market Street, Suite 2300<br>Philadelphia, PA 19103-2306 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |