**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **NICOLE L. MAZURKIEWICZ,** | **Bankruptcy No. 18-13344 AMC** |
| **Debtor** | |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and requests that the court grant Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date:  December 11, 2019

                                       **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    **by:**    */s/ George M. Lutz*

                              George M. Lutz, Esquire
                              1025 Berkshire Blvd, Suite 700
                              Wyomissing, PA 19610
                              Attorney I.D. No. 46437
                              Phone:  610-779-0772
                              Fax: 610-779-7473