**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 AMC** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and request that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: March 13, 2020

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                            **by:**    */s/ George M. Lutz*

                                       George M. Lutz, Esquire
                                       1025 Berkshire Blvd, Suite 700
                                       Wyomissing, PA 19610
                                       Attorney I.D. No. 46437
                                       Phone: 610-779-0772
                                       Fax: 610-779-7473