United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole L. Mazurkiewicz  
    Debtor

Case No. 18-13344-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: YvetteWD     Page 1 of 1     Date Rcvd: Mar 19, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db          +Nicole L. Mazurkiewicz,   634 North 25th Street,   Reading, PA 19606-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         GEORGE M. LUTZ    on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com,  
          amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Plaintiff Nicole L. Mazurkiewicz glutz@hvmllaw.com,  
          amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Assocation paeb@fedphe.com  
         MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Assocation paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et  
          al bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for  
          Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4  
          bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
          ECF_FRPA@Trustee13.com  
                                                                                                          TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-13344 PMM |

**ORDER**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$750.00**, for the period of April 27, 2019 through February 20, 2020.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

**Date: March 18, 2020**

BY THE COURT:

_____
_ PATRICIA M. MAYER
**United States Bankruptcy Judge**