Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-13344-PMM

NICOLE L  MAZURKIEWICZ  
634 NORTH 25TH STREET  
READING  PA    19606

Petition Filed Date: 05/18/2018  
341 Hearing Date: 07/17/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2019 | $175.00 | | 02/28/2019 | $175.00 | | 03/29/2019 | $175.00 | |
| 04/30/2019 | $175.00 | | 05/30/2019 | $175.00 | | 07/08/2019 | $175.00 | |
| 10/01/2019 | $300.00 | 6209347000 | 12/02/2019 | $550.00 | 6361549000 | 02/05/2020 | $550.00 | 6533969000 |
| 03/30/2020 | $550.00 | 6668739000 | 04/27/2020 | $550.00 | 6736498000 | 07/01/2020 | $550.00 | 6906373000 |

**Total Receipts for the Period:  $4,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | CACV OF COLORADO, LLC<br>»» 006 | Unsecured Creditors | $8,032.82 | $0.00 | $8,032.82 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $379.14 | $0.00 | $379.14 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $8,947.08 | $0.00 | $8,947.08 |
| 9 | N.A. PARTNERS IN ANESTHESIA-P.A.<br>»» 009 | Unsecured Creditors | $232.32 | $0.00 | $232.32 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03S | Secured Creditors | $2,762.00 | $289.40 | $2,472.60 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03U | Unsecured Creditors | $3,512.76 | $0.00 | $3,512.76 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $935.54 | $98.04 | $837.50 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $14,898.26 | $1,561.07 | $13,337.19 |
| 5 | THE PHILADELPHIA HAND CENTER PC<br>»» 005 | Unsecured Creditors | $795.07 | $0.00 | $795.07 |
| 2 | US BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 08P | Mortgage Arrears | $2,386.18 | $178.59 | $2,207.59 |

Page 1 of 2

**Chapter 13 Case No. 18-13344-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,325.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $4,377.10 | Arrearages: | $1,900.00 |
| Paid to Trustee: | $452.90 | Total Plan Base: | $25,925.00 |
| Funds on Hand: | $495.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.