**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 PMM** |

## CERTIFICATE OF SERVICE

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date; Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Third Amended Chapter 13 Plan were served upon the addresses listed below, all creditors and parties in interest by way of electronic means on August 27, 2020 and/or via first class mail on August 28, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

JEROME B. BLANK on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

MARIO J. HANYON on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4 - bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al - bkgroup@kmllawgroup.com

Nicole L. Mazurkiewicz
634 North 25th Street
Reading, PA 19606


                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                        By:    */s/Alyssa J. Merkey*
                                1025 Berkshire Blvd., Suite 700
                                Wyomissing, PA  19610
                                610-779-0772

```
Label Matrix for local noticing          PRA Receivables Management LLC           United States Trustee
0313-4                                   POB 41067                                Office of the U.S. Trustee
Case 18-13344-pmm                        Norfolk, VA 23541-1067                   200 Chestnut Street
Eastern District of Pennsylvania                                                  Suite 502
Reading                                                                           Philadelphia, PA 19106-2908
Fri Aug 28 15:52:04 EDT 2020

Reading                                  ARCADIA RECOVERY BUREAU                  Arcadia Recovery Bureau
United States Bankruptcy Court           645 PENN ST                              P.O. Box 6768
Office of the Clerk, Gateway Building    READING, PA 19601-3543                   Reading, PA 19610-0768
201 Penn Street, 1st Floor
Reading, PA 19601-4038


(p)BANK OF AMERICA                       CACV of Colorado, LLC its successors and ass   CAPITAL ONE BANK USA NA
PO BOX 982238                            as assignee of MBNA America Bank, N.A.         PO BOX 30281
EL PASO TX 79998-2238                    Resurgent Capital Services                     SALT LAKE CITY, UT 84130-0281
                                         PO Box 10587
                                         Greenville, SC 29603-0587


CREDIT ONE BANK                          CSC Credit Services                      Chex Systems Inc.
PO BOX 98872                             Box 740040                               ATTN: Customer Relations
LAS VEGAS, NV 89193-8872                 Atlanta, GA 30374-0040                   7805 Hudson Rd
                                                                                  Suite 100
                                                                                  Woodbury, MN 55125-1703


Convergent Healthcare Recoveries, Inc.   (p)DISCOVER FINANCIAL SERVICES LLC       Deutsche Bank National Trust Company
121 NE Jefferson St., Ste. 100           PO BOX 3025                              c/o Select Portfolio Servicing, Inc.
Peoria, IL 61602-1229                    NEW ALBANY OH 43054-3025                 P.O. Box 65250
                                                                                  Salt Lake City, UT 84165-0250


Deutsche Bank National Trust Company as Trus   Equifax Information Services LLC   Experian
710 Market Street                        P.O. Box 740256                          Business Information Services
Suite 5000                               Atlanta, GA 30374-0256                   475 Anton Blvd.
Philadelphia, PA 19106-2312                                                       Costa Mesa, CA 92626-7037


George M. Lutz, Esquire                  KML Law Group, P.C.                      LVNV Funding, LLC its successors and assigns
Hartman, Valeriano, Magovern & Lutz, P.C 701 Market St., Ste. 5000                assignee of MHC Receivables, LLC and
1025 Berkshire Blvd., Suite 700          BNY Independence Ctr.                    FNBM, LLC
Wyomissing, PA 19610-1284                Philadelphia, PA 19106-1541              Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns   N.A. PARTNERS IN ANESTHESIA-P.A.   NTL RECOVERY AGENCY
assignee of North Star Capital           WAKEFIELD AND ASSOCIATES                 2491 PAXTON ST
Acquisition LLC                          PO BOX 50250                             HARRISBURG, PA 17111-1036
Resurgent Capital Services               KNOXVILLE,TN 37950-0250
PO Box 10587
Greenville, SC 29603-0587

ONEMAIN                                  ONEMAIN FINANCIAL                        (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 3251                              PO BOX 1010                              PO BOX 41067
EVANSVILLE, IN. 47731-3251               Evansville, IN 47706-1010                NORFOLK VA 23541-1067


REGIONAL ACCEPTANCE CORP                 Regional Acceptance Corporation          SPS Select Portfolio Servicing, Inc.
1424E EAST FIRE TOWER RD                 PO Box 1847                              P.O. Box 551170
GREENVILLE, NC 27858                     Wilson, NC 27894-1847                    Jacksonville, FL 32255-1170
```

| | | |
|---|---|---|
| Select Portfolio Servicing<br>PO Box 65277<br>Salt Lake City, UT 84165-0277 | Tabas & Rosen, P.C.<br>1601 Market Street<br>Suite 2300<br>Philadelphia, PA 19103-2306 | The Philadelphia Hand Center PC<br>c/o Tabas & Rosen PC<br>1601 Market Street, Suite 2300<br>Philadelphia, PA 19103-2306 |
| The Philadelphia Hand Center, P.C.<br>c/o Tabas & Rosen PC<br>1601 Market Street Suite 2300<br>Philadelphia, PA 19103-2306 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | U.S. Bank N.A.<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 |
| U.S. Bank National Assocation<br>Phelan Hallinan & Schmieg<br>1617 John F. Kennedy Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE, TN 37950-0250 |
| GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Nicole L. Mazurkiewicz<br>634 North 25th Street<br>Reading, PA 19606-1426 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>PO Box 982238<br>EL PASO, TX 79998 | DISCOVER FINCL SVC LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company as Tr | (du)Deutsche Bank National Trust Company as T | (u)U.S. Bank National Assocation |
| (d)The Philadelphia Hand Center, PC<br>c/o Tabas & Rosen PC<br>1601 Market Street, Suite 2300<br>Philadelphia, PA 19103-2306 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |