## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 PMM** |

## ORDER

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Fourth Amended Chapter 13 Plan is CONFIRMED.

**BY THE COURT:**

_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**

*Copies:*

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA  19610

Matrix

Office of the United States Trustee
900 Market Street
Suite 304
Philadelphia, PA  19107

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606