United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13344-pmm
Nicole L. Mazurkiewicz                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW         Page 1 of 1           Date Rcvd: Sep 24, 2020
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
db              +Nicole L. Mazurkiewicz,    634 North 25th Street,    Reading, PA 19606-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      GEORGE M. LUTZ    on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com,
       amerkey@hvmllaw.com;r49419@notify.bestcase.com
      GEORGE M. LUTZ    on behalf of Plaintiff Nicole L. Mazurkiewicz glutz@hvmllaw.com,
       amerkey@hvmllaw.com;r49419@notify.bestcase.com
      JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Assocation paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Assocation paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, et
       al bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
       Soundview Home Loan Trust 2005-4, Asset-Backed Certificates, Series 2005-4
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                          TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 PMM** |
|---|---|

## ORDER

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Fourth Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: September 24, 2020**

_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**

*Copies:*

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA  19610

Matrix

Office of the United States Trustee
900 Market Street
Suite 304
Philadelphia, PA  19107

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606