**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 PMM** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and request that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  October 26, 2020

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

              **by:**    */s/ George M. Lutz*

                                    George M. Lutz, Esquire
                                    1025 Berkshire Blvd, Suite 700
                                    Wyomissing, PA 19610
                                    Attorney I.D. No. 46437
                                    Phone:  610-779-0772
                                    Fax: 610-779-7473