## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**NICOLE L. MAZURKIEWICZ,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-13344 PMM** |

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$903.00**, and Expenses are **ALLOWED** in the amount of **$43.35,** for the period of February 21, 2020 through October 1, 2020.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Dated: 10/27/20

**BY THE COURT:**

*Patricia M. Mayer*

_____

**Patricia M. Mayer**
**United States Bankruptcy Judge**