United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13344-pmm |
| Nicole L. Mazurkiewicz | Chapter 13 |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

District/off: 0313-4  User: Adminstra  Page 1 of 2
Date Rcvd: Oct 28, 2020  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID    Recipient Name and Address**
db          + Nicole L. Mazurkiewicz, 634 North 25th Street, Reading, PA 19606-1426

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020          Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

**Name          Email Address**

FREDERICK L. REIGLE
            on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

GEORGE M. LUTZ
            on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

GEORGE M. LUTZ
            on behalf of Plaintiff Nicole L. Mazurkiewicz glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

JEROME B. BLANK
            on behalf of Creditor U.S. Bank National Assocation paeb@fedphe.com

MARIO J. HANYON
            on behalf of Creditor U.S. Bank National Assocation paeb@fedphe.com

REBECCA ANN SOLARZ
            on behalf of Creditor Deutsche Bank National Trust Company as Trustee  et al bkgroup@kmllawgroup.com

District/off: 0313-4 | User: Adminstra | Page 2 of 2

Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 10

EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **NICOLE L. MAZURKIEWICZ,** <br><br> **Debtor** | **Bankruptcy No. 18-13344 PMM** |

**ORDER**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$903.00**, and Expenses are **ALLOWED** in the amount of **$43.35,** for the period of February 21, 2020 through October 1, 2020.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Dated: 10/27/20

**BY THE COURT:**

_Patricia M. Mayer_
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**