| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-13344-PMM**

NICOLE L  MAZURKIEWICZ
634 NORTH 25TH STREET
READING  PA    19606

Petition Filed Date: 05/18/2018
341 Hearing Date: 07/17/2018
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $550.00 | 6533969000 | 03/30/2020 | $550.00 | 6668739000 | 04/27/2020 | $550.00 | 6736498000 |
| 07/01/2020 | $550.00 | 6906373000 | 08/27/2020 | $375.00 | 7039516000 | 09/25/2020 | $375.00 | 7108185000 |
| 01/19/2021 | $375.00 | 7378538000 | 02/18/2021 | $375.00 | 7461131000 | 02/24/2021 | $375.00 | 7461139000 |
| 03/29/2021 | $375.00 | 7545188000 | 04/05/2021 | $375.00 | 7545197000 | 05/03/2021 | $375.00 | 7633951000 |
| 06/03/2021 | $375.00 | 7710429000 | | | | | | |

**Total Receipts for the Period:  $5,575.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | CACV OF COLORADO, LLC<br>»» 006 | Unsecured Creditors | $8,032.82 | $0.00 | $8,032.82 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $379.14 | $0.00 | $379.14 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $8,947.08 | $0.00 | $8,947.08 |
| 9 | N.A. PARTNERS IN ANESTHESIA-P.A.<br>»» 009 | Unsecured Creditors | $232.32 | $0.00 | $232.32 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03S | Secured Creditors | $2,762.00 | $556.37 | $2,205.63 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03U | Unsecured Creditors | $3,512.76 | $0.00 | $3,512.76 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $120.03 | $120.03 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $14,898.26 | $3,001.15 | $11,897.11 |
| 5 | THE PHILADELPHIA HAND CENTER PC<br>»» 005 | Unsecured Creditors | $795.07 | $0.00 | $795.07 |
| 2 | US BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 08P | Mortgage Arrears | $2,386.18 | $416.95 | $1,969.23 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $946.35 | $946.35 | $0.00 |

**Chapter 13 Case No. 18-13344-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,700.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $7,290.85 | Arrearages: | $375.00 |
| Paid to Trustee: | $734.15 | Total Plan Base: | $27,075.00 |
| Funds on Hand: | $675.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.