Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 18-13344-PMM

NICOLE L  MAZURKIEWICZ  
634 NORTH 25TH STREET  
READING  PA   19606

Petition Filed Date: 05/18/2018  
341 Hearing Date: 07/17/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $375.00 | 7545197000 | 05/03/2021 | $375.00 | 7633951000 | 06/03/2021 | $375.00 | 7710429000 |
| 07/07/2021 | $375.00 | 7793283000 | 08/13/2021 | $375.00 | 7877732000 | 09/13/2021 | $375.00 | 7944764000 |
| 10/22/2021 | $375.00 | 8026743000 | 11/22/2021 | $375.00 | 8095705000 | 12/20/2021 | $375.00 | 8157863000 |
| 01/14/2022 | $375.00 | 8210102000 | 02/11/2022 | $375.00 | 8267135000 | 03/11/2022 | $375.00 | 8333736000 |
| 04/04/2022 | $375.00 | 8373547000 | 04/28/2022 | $375.00 | 8430061000 | 05/31/2022 | $375.00 | 8496916000 |
| 06/29/2022 | $375.00 | 8555853000 | | | | | | |

**Total Receipts for the Period: $6,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CACV OF COLORADO, LLC<br>»» 006 | Unsecured Creditors | $8,032.82 | $0.00 | $8,032.82 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $379.14 | $0.00 | $379.14 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $8,947.08 | $0.00 | $8,947.08 |
| 9 | N.A. PARTNERS IN ANESTHESIA-P.A.<br>»» 009 | Unsecured Creditors | $232.32 | $0.00 | $232.32 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03S | Secured Creditors | $2,762.00 | $1,214.10 | $1,547.90 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03U | Unsecured Creditors | $3,512.76 | $0.00 | $3,512.76 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $120.03 | $120.03 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $14,898.26 | $6,548.74 | $8,349.52 |
| 5 | THE PHILADELPHIA HAND CENTER PC<br>»» 005 | Unsecured Creditors | $795.07 | $0.00 | $795.07 |
| 2 | US BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 08P | Mortgage Arrears | $2,386.18 | $1,004.13 | $1,382.05 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $946.35 | $946.35 | $0.00 |

**Chapter 13 Case No. 18-13344-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,575.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $12,083.35 | Arrearages: | $750.00 |
| Paid to Trustee: | $1,146.65 | Total Plan Base: | $27,075.00 |
| Funds on Hand: | $345.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.