# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § § | |
| § | CASE NO. 18-13344 |
| NICOLE L. MAZURKIEWICZ § | |
| DEBTOR § § | |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| U.S. Bank National Association | 2 | xxxx3701 |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
4801 Frederica Street
Owensboro, Kentucky 42301
Phone: (800) 365-7772

**Prior Name and Address where payments should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
4801 Frederica Street
Owensboro, Kentucky 42301
Phone: (800) 365-7772

**Current Name and Address where notices should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
2800 Tamarack Road
Owensboro, Kentucky 42301
Phone: (800) 365-7772

**Current Name and Address where payments should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
3751 Airpark Mail Code CN-KY-APDC
Owensboro, Kentucky 42301
Phone: (800) 365-7772

Dated: 06/23/2023

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

3213-N-4364