Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 18-13344-PMM**

NICOLE L MAZURKIEWICZ  
634 NORTH 25TH STREET  
READING  PA    19606

Petition Filed Date: 05/18/2018  
341 Hearing Date: 07/17/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $375.00 | 8637565000 | 10/25/2022 | $375.00 | 8786192000 | 10/31/2022 | $375.00 | 8795544000 |
| 11/04/2022 | $375.00 | 8810288000 | 12/12/2022 | $375.00 | 8878383000 | 02/14/2023 | $375.00 | 8995209000 |
| 02/23/2023 | $375.00 | 9013748000 | 04/03/2023 | $375.00 | 9084531000 | 04/17/2023 | $750.00 | 9112533000 |
| 05/17/2023 | $375.00 | 9171585000 | 06/20/2023 | $375.00 | 9230553000 | 07/25/2023 | $375.00 | 9290935000 |

**Total Receipts for the Period: $4,875.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CACV OF COLORADO, LLC<br>»» 006 | Unsecured Creditors | $8,032.82 | $0.00 | $8,032.82 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $379.14 | $0.00 | $379.14 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $8,947.08 | $0.00 | $8,947.08 |
| 9 | N.A. PARTNERS IN ANESTHESIA-P.A.<br>»» 009 | Unsecured Creditors | $232.32 | $0.00 | $232.32 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03S | Secured Creditors | $2,762.00 | $1,827.01 | $934.99 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03U | Unsecured Creditors | $3,512.76 | $0.00 | $3,512.76 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $120.03 | $120.03 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $14,898.26 | $9,854.84 | $5,043.42 |
| 5 | THE PHILADELPHIA HAND CENTER PC<br>»» 005 | Unsecured Creditors | $795.07 | $0.00 | $795.07 |
| 2 | US BANK HOME MORTGAGE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 08P | Mortgage Arrears | $2,386.18 | $1,551.37 | $834.81 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $946.35 | $946.35 | $0.00 |

Chapter 13 Case No. 18-13344-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,450.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $16,549.60 | Arrearages: | $375.00 |
| Paid to Trustee: | $1,559.15 | Total Plan Base: | $27,075.00 |
| Funds on Hand: | $341.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.