| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 18-13344-PMM**

NICOLE L  MAZURKIEWICZ  
634 NORTH 25TH STREET  
READING  PA   19606

Petition Filed Date: 05/18/2018  
341 Hearing Date: 07/17/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $375.00 | 9349041000 | 09/25/2023 | $375.00 | 9396797000 | 11/06/2023 | $375.00 | 9466804000 |
| 12/20/2023 | $375.00 | 9540843000 | 01/17/2024 | $375.00 | 9586752000 | 02/14/2024 | $375.00 | 9631307000 |
| 03/19/2024 | $375.00 | 9690703000 | 04/22/2024 | $375.00 | 9743694000 | 05/20/2024 | $375.00 | 9793732000 |
| 06/21/2024 | $375.00 | 9844494000 | 07/23/2024 | $375.00 | 9893927000 | | | |

**Total Receipts for the Period:  $4,125.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $22,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CACV OF COLORADO, LLC  »» 006 | Unsecured Creditors | $8,032.82 | $0.00 | $8,032.82 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $379.14 | $0.00 | $379.14 |
| 4 | LVNV FUNDING LLC  »» 004 | Unsecured Creditors | $8,947.08 | $0.00 | $8,947.08 |
| 9 | N.A. PARTNERS IN ANESTHESIA-P.A.  »» 009 | Unsecured Creditors | $232.32 | $0.00 | $232.32 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES  »» 03S | Secured Creditors | $2,762.00 | $2,338.03 | $423.97 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES  »» 03U | Unsecured Creditors | $3,512.76 | $0.00 | $3,512.76 |
| 1 | REGIONAL ACCEPTANCE CORP  »» 001 | Secured Creditors | $120.03 | $120.03 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC  »» 008 | Mortgage Arrears | $14,898.26 | $12,611.32 | $2,286.94 |
| 5 | THE PHILADELPHIA HAND CENTER PC  »» 005 | Unsecured Creditors | $795.07 | $0.00 | $795.07 |
| 2 | US BANK HOME MORTGAGE  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC  »» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC  »» 08P | Mortgage Arrears | $2,386.18 | $2,007.62 | $378.56 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $946.35 | $946.35 | $0.00 |

**Chapter 13 Case No. 18-13344-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,575.00 | Current Monthly Payment: | $375.00 |
| Paid to Claims: | $20,273.35 | Arrearages: | $1,125.00 |
| Paid to Trustee: | $1,964.14 | Total Plan Base: | $27,075.00 |
| Funds on Hand: | $337.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.