United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13344-pmm

Nicole L. Mazurkiewicz  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole L. Mazurkiewicz, 634 North 25th Street, Reading, PA 19606-1426 |
| 14166950 | | CACV of Colorado, LLC its successors and assigns, as assignee of MBNA America Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14112515 | + | Deutsche Bank National Trust Company as Trustee, K, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14314183 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14109758 | | SPS Select Portfolio Servicing, Inc., P.O. Box 551170, Jacksonville, FL 32255-1170 |
| 14125873 | + | Tabas & Rosen, P.C., 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |
| 14166889 | + | The Philadelphia Hand Center PC, c/o Tabas & Rosen PC, 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |
| 14166887 | + | The Philadelphia Hand Center, P.C., c/o Tabas & Rosen PC, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14794022 | | U.S. Bank Home Mortgage, a division of U.S. Bank N, 3751 Airpark Mail Code CN-KY-APDC, Owensboro, Kentucky 42301 |
| 14109759 | + | U.S. Bank N.A., 10790 Rancho Bernardo Road, San Diego, CA 92127-5705 |
| 14124215 | + | U.S. Bank National Assocation, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 18 2025 00:50:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 18 2025 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14109748 | + | Email/Text: rperez@arcadiarecovery.com | Jun 18 2025 00:51:00 | ARCADIA RECOVERY BUREAU, 645 PENN ST, READING, PA 19601-3543 |
| 14125871 | ^ | MEBN | Jun 18 2025 00:21:52 | Arcadia Recovery Bureau, P.O. Box 6768, Reading, PA 19610-0768 |
| 14109749 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 18 2025 00:50:00 | BANK OF AMERICA, PO Box 982238, EL PASO, TX 79998-2238 |
| 14109750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:56:22 | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14109751 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 01:19:54 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 14109745 | ^ | MEBN | Jun 18 2025 00:21:44 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14109747 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 18 2025 00:51:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14125872 | ^ | MEBN | Jun 18 2025 00:21:49 | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 14109752 | | Email/Text: mrdiscen@discover.com | Jun 18 2025 00:50:00 | DISCOVER FINCL SVC LLC, PO BOX 15316, |

Case 18-13344-pmm   Doc 110   Filed 06/19/25   Entered 06/20/25 00:39:26   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WILMINGTON, DE 19850-5316 |
| 14172408 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 18 2025 00:51:00 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14109746 | | Email/Text: bankruptcycourts@equifax.com Jun 18 2025 00:51:00 | | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14109743 | ^ | MEBN Jun 18 2025 00:21:44 | | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14109753 | ^ | MEBN Jun 18 2025 00:21:59 | | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14169514 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 18 2025 00:57:27 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14166189 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 18 2025 00:56:09 | | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14109754 | + | Email/Text: Bankruptcies@nragroup.com Jun 18 2025 00:51:00 | | NTL RECOVERY AGENCY, 2491 PAXTON ST, HARRISBURG, PA 17111-1036 |
| 14164785 | | Email/PDF: cbp@omf.com Jun 18 2025 00:57:14 | | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14109755 | + | Email/PDF: cbp@omf.com Jun 18 2025 01:30:40 | | ONEMAIN FINANCIAL, PO BOX 1010, Evansville, IN 47706-1010 |
| 14342012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2025 00:56:57 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14109756 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM Jun 18 2025 00:56:45 | | REGIONAL ACCEPTANCE CORP, 1424E EAST FIRE TOWER RD, GREENVILLE, NC 27858-4105 |
| 14130421 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM Jun 18 2025 00:56:45 | | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14109757 | ^ | MEBN Jun 18 2025 00:22:26 | | Select Portfolio Servicing, PO Box 65277, Salt Lake City, UT 84165-0277 |
| 14109744 | ^ | MEBN Jun 18 2025 00:21:42 | | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14794021 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com Jun 18 2025 00:50:00 | | U.S. Bank Home Mortgage, a division of U.S. Bank N, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 14131985 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com Jun 18 2025 00:50:00 | | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 14237743 | | Email/Text: bankruptcy.accounts@wakeassoc.com Jun 18 2025 00:50:00 | | N.A. PARTNERS IN ANESTHESIA-P.A., WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 14109760 | | Email/Text: bankruptcy.accounts@wakeassoc.com Jun 18 2025 00:50:00 | | WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14166891 | *+ | The Philadelphia Hand Center, PC, c/o Tabas & Rosen PC, 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 17, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

**Name**            **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee  et al bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4  Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com

George Meany Lutz
    on behalf of Plaintiff Nicole L. Mazurkiewicz glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

George Meany Lutz
    on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

JEROME B. BLANK
    on behalf of Creditor U.S. Bank National Assocation jblank@pincuslaw.com  mmorris@pincuslaw.com

MARIO J. HANYON
    on behalf of Creditor U.S. Bank National Assocation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4  Asset-Backed Certificates, Series 2005-4 mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4  Asset-Backed Certificates, Series 2005-4 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 108 − 107

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Nicole L. Mazurkiewicz<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18−13344−pmm<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 17, 2025                                                                                              For The Court

                                                                                                                 Timothy B. McGrath
                                                                                                                 Clerk of Court