| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 18-13344-PMM**

NICOLE L  MAZURKIEWICZ
634 NORTH 25TH STREET
READING  PA   19606

Petition Filed Date: 05/18/2018
341 Hearing Date: 07/17/2018
Confirmation Date: 04/18/2019

Case Status: Completed on 6/ 2/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $375.00 | 9944009000 | 09/30/2024 | $375.00 | 1000042400 | 10/28/2024 | $375.00 | 1004436300 |
| 12/10/2024 | $375.00 | | 01/07/2025 | $375.00 | | 03/31/2025 | $933.00 | |
| 04/28/2025 | $944.00 | | 05/20/2025 | $375.00 | | 06/02/2025 | $375.00 | |

**Total Receipts for the Period: $4,502.00   Amount Refunded to Debtor Since Filing: $2.00   Total Receipts Since Filing: $27,077.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CACV OF COLORADO, LLC <br> »»  006 | Unsecured Creditors | $8,032.82 | $517.10 | $7,515.72 |
| 7 | LVNV FUNDING LLC <br> »»  007 | Unsecured Creditors | $379.14 | $24.41 | $354.73 |
| 4 | LVNV FUNDING LLC <br> »»  004 | Unsecured Creditors | $8,947.08 | $575.97 | $8,371.11 |
| 9 | N.A. PARTNERS IN ANESTHESIA-P.A. <br> »»  009 | Unsecured Creditors | $232.32 | $0.00 | $232.32 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  03S | Secured Creditors | $2,762.00 | $2,762.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  03U | Unsecured Creditors | $3,512.76 | $226.13 | $3,286.63 |
| 1 | REGIONAL ACCEPTANCE CORP <br> »»  001 | Secured Creditors | $120.03 | $120.03 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC <br> »»  008 | Mortgage Arrears | $14,898.26 | $14,898.26 | $0.00 |
| 5 | THE PHILADELPHIA HAND CENTER PC <br> »»  005 | Unsecured Creditors | $795.07 | $51.18 | $743.89 |
| 2 | US BANK HOME MORTGAGE <br> »»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC <br> »»  010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING INC <br> »»  08P | Mortgage Arrears | $2,386.18 | $2,386.18 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $946.35 | $946.35 | $0.00 |
| 0 | NICOLE L  MAZURKIEWICZ | Debtor Refunds | $2.00 | $2.00 | $0.00 |
| 11 | ARCADIA RECOVERY BUREAU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CONVERGENT HEALTHCARE RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 13 | ARCADIA RECOVERY BUREAU | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 14 | TABAS & ROSEN PC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,077.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $24,759.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,317.39 | Total Plan Base: | $27,075.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.