United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13344-pmm

Nicole L. Mazurkiewicz  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole L. Mazurkiewicz, 634 North 25th Street, Reading, PA 19606-1426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee et al bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4  Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Plaintiff Nicole L. Mazurkiewicz glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| George Meany Lutz | on behalf of Debtor Nicole L. Mazurkiewicz glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Assocation jblank@pincuslaw.com  mmorris@pincuslaw.com |
| MARIO J. HANYON | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 195 | Total Noticed: 1 |

    on behalf of Creditor U.S. Bank National Assocation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4  Asset-Backed Certificates, Series 2005-4 mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-4  Asset-Backed Certificates, Series 2005-4 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Nicole L. Mazurkiewicz                                      : Case No. 18−13344−pmm
     Debtor(s)

### ORDER
_____

   AND NOW, this day , January 5, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                   By The Court

                   Patricia M. Mayer
                   Judge, United States Bankruptcy Court

118
Form 195